IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) | * | |
| | * | |
| PLAINTIFF, | * | |
| v. | * | Civil No. 1:24-CV-00567-JKB |
| | * | |
| .028 ACRES MORE OR LESS OF LAND LOCATED AT 810 NORTH BRICE STREET IN BALTIMORE CITY, MARYLAND, ET AL. | * | |
| | * | |
| DEFENDANTS. | * | |

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

**NOTICE OF COMPLIANCE WITH COURT'S ORDERS REGARDING JUST COMPENSATION HEARING**

Plaintiff, National Railroad Passenger Corporation (Amtrak), in accordance with the Memorandum and Order (the "Memorandum") and Order (the "Order"), hereby files this Notice of Compliance and states:

1. The Memorandum set a Hearing on Just Compensation (the "Hearing") for October 17, 2024, and ordered Amtrak, *inter alia*, to provide notice to all non-appearing Defendants of the Hearing, Amtrak's Motion for Summary Judgment (the "Motion"), and the Memorandum "in the same manner that it provided such notice in related cases."

2. Following the Memorandum, the Order granted Amtrak's request to reschedule the Hearing to October 31, 2024, and required that all Defendants be served a copy of the Order.

3. In case JKB-23-cv-2158, the Court approved Amtrak notifying non-appearing Defendants of the hearing on just compensation held in that case by providing a copy of Amtrak's motion for summary judgment (without exhibits) and the order setting the just compensation

hearing via first-class mail to the non-appearing defendants' last known addresses, making available on Pessin Katz Law, P.A.'s website a copy of the motion for summary judgment with exhibits and the order, and publishing a notice directed to the non-appearing defendants with a copy of the aforesaid notice sent to the properties being acquired by eminent domain. *See Amtrak's Request for Approval of Method of Notice to Non-Appearing Defendants*, Case No. 1:23-cv-2158-JKB (D. Md. filed Jan. 11, 2024) (ECF No. 84).

4. Rule 5(b)(2)(C) of the Federal Rules of Civil Procedure allows service by mail "to the person's last known address" when service of a document is ordered. *See* Fed. R. Civ. P. 5(a)(1)(A).

5. The undersigned hereby certifies that Amtrak complied with the Memorandum in the manner previously approved in the related case, notified non-appearing Defendants of the Hearing, and provided a copy of Amtrak's Motion and the Memorandum by sending a letter via first-class mail, postage prepaid, enclosing a copy of the Motion without exhibits and Memorandum to the non-appearing Defendants' last known addresses, made available on Pessin Katz Law, P.A.'s website a copy of the Motion with exhibits and the Memorandum, and caused to be published a notice of the Hearing directed to all Defendants with a copy of the aforesaid notice sent to the property being acquired by eminent domain.

6. The undersigned further certifies that Amtrak complied with the Order and served all the Defendants with the Order by sending a letter via first-class mail, postage prepaid, enclosing a copy of the Order to each Defendant's last known address pursuant to Fed. R. Civ. P. 5(b)(2)(C), caused to be published a notice of the Hearing directed to all Defendants, and posted a copy of the Memorandum and the Order at each property being acquired.

7. A copy of the cover letter sent via first-class mail, postage prepaid, enclosing a copy

2

of the documents in accordance with the Memorandum and the Order is attached hereto as **Exhibit 1**. A copy of the publisher's affidavit showing publication of notice of the Hearing scheduled for October 31, 2024, is attached hereto as **Exhibit 2**. A copy of the affidavit of a private process server posting a copy of the Memorandum and the Order is attached hereto as **Exhibit 3**. A printout of PK Law's website is attached as **Exhibit 4**.

Respectfully submitted,

COUNSEL FOR PLAINTIFF NATIONAL RAILROAD PASSENGER CORPORATION

/s/ Alejandro Camacho
Patricia McHugh Lambert, Federal Bar #02539
Alejandro Camacho, Federal Bar #30814
PESSIN KATZ LAW, P.A.
901 Dulaney Valley Road, Suite 500
Towson, MD  21204-2600
Telephone: 410-938-8800
Fax: 667-275-3059
plambert@pklaw.com
acamacho@pklaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 3, 2024, a copy of the foregoing with exhibits was filed with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to any party that has entered an appearance in this action. Service as to any party whose address is unknown to Plaintiff is also made by filing the foregoing with the Clerk of the Court using the CM/ECF system pursuant to Fed. R. Civ. P. 5(b)(2)(D). All other parties shall be served pursuant to Fed. R. Civ. P. 5(a)–(b) via first class mail, postage prepaid.

/s/ Alejandro Camacho
Alejandro Camacho, Federal Bar #30814