## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

NATIONAL RAILROAD PASSENGER    *
CORPORATION (AMTRAK),

    Plaintiff,                 *

    v.                       *          **CIVIL NO. JKB-24-00567**

.028 ACRES MORE OR LESS OF LAND,    *
et al.,

    Defendants.         *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## MEMORANDUM AND ORDER

In this condemnation action, Amtrak, pursuant to 49 U.S.C. § 24311, has acquired 810 North Brice Street, Baltimore, Maryland. The Court held a hearing regarding the just compensation for the property and issued an Order setting such just compensation at $4,700. (ECF No. 43.) Amtrak has deposited funds totaling $4,700, which have been held in an interest-bearing account in the registry of the Court. (*See* ECF No. 7.)

The Court concludes that it has jurisdiction over all appearing and non-appearing Defendants, given the nature of this action and that all Defendants have been served by Amtrak. (*See* ECF Nos. 21, 39 (status reports detailing service of process on Defendants).) Further, the time for filing motions for disbursement has passed. As provided in 49 U.S.C. § 24311(b)(4), "[o]n application of a party, the court may order immediate payment of any part of the amount deposited in the court for the compensation to be awarded." Federal Rule of Civil Procedure 71.1(c)(4) provides that "[t]he court [] may order any distribution of a deposit that the facts warrant."

The only Defendant that has filed a Motion for Disbursement is the Mayor and City Council of Baltimore City (the "City"). (ECF No. 32.) The City seeks a disbursement of $3,700 plus

accrued interest. (*Id.*)  It provides an affidavit from Dorothy Reed, Deputy Chief for the City of Baltimore Bureau of Revenue Collections of the Department of Finance, in which she "attest[s] and affirm[s] that a search of the City tax lien record" reflects that $86,957.88 is due and owing to the City. (ECF No. 32-2.)  Attached to the affidavit is documentation supporting this figure. (*See* ECF No. 39-2 at 3–9.)  The Court finds that, upon the facts in the record, a distribution of $3,700 plus accrued interest to the City is appropriate.

In its Motion for Summary Judgment, Amtrak explains that it added $1,000 to the just compensation for the property to account for redeeming the ground rent.  (ECF No. 29-1 at 3.) Amtrak will be directed to advise the Court regarding the distribution of the $1,000 relating to the redemption of the ground rent.

Accordingly, it is ORDERED that:

1.  The City's Motion for Disbursement of Funds (ECF No. 32) is GRANTED.

2.  The Clerk is DIRECTED to issue and mail the following check to the City:

   a.  $3,700 plus 78.72% of the accrued interest, payable to the Director of Finance, and mailed to the attention of Thomas P.G. Webb, Esq., Baltimore City Law Department, 100 N. Holliday Street, City Hall – Room 101, Baltimore, Maryland 21202.

3.  Amtrak is DIRECTED to advise the Court regarding the distribution of the $1,000 relating to the property's ground rent within two weeks of this Order.

DATED this ⟋6 day of November, 2024.

BY THE COURT:

*James K. Bredar*

James K. Bredar
United States District Judge

2