### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

NATIONAL RAILROAD PASSENGER     * 
CORPORATION (AMTRAK),

                                    *

      Plaintiff,

      v.                                   *                   **CIVIL NO. JKB-24-0567**

.028 ACRES MORE OR LESS OF LAND,   *
et al.,

      Defendants.                       *

    *     *     *     *     *     *     *     *     *     *     *     *

### MEMORANDUM AND ORDER

In this condemnation action, Amtrak, pursuant to 49 U.S.C. § 24311, has acquired 810 North Brice Street, Baltimore, Maryland. The Court held a hearing regarding the just compensation for the property and issued an Order setting such just compensation at $4,700, which included $1,000 for the redemption of the ground rent. (ECF No. 43.) The Court directed Amtrak to advise the Court regarding the distribution of the $1,000 relating to the redemption of the ground rent. (ECF No. 44.)

Amtrak and Saint Lukes, L.L.C. ("Saint Lukes") have filed a Joint Stipulation Regarding the Ground Rent, seeking the distribution of the $1,000 plus accrued interest to Saint Lukes. (ECF No. 46.) As provided in 49 U.S.C. § 24311(b)(4), "[o]n application of a party, the court may order immediate payment of any part of the amount deposited in the court for the compensation to be awarded." Federal Rule of Civil Procedure 71.1(c)(4) provides that "[t]he court [] may order any distribution of a deposit that the facts warrant." The parties have provided proof of Saint Lukes interest in the ground rent. (*See* ECF No. 47 (quit claim deed of ground rent).) Thus, the Court finds that, upon the facts in the record, a distribution of $1,000 to Saint Lukes is appropriate.

Accordingly, it is ORDERED that:

1. The Joint Stipulation Regarding the Ground Rent (ECF No. 46) is APPROVED.

2. The Clerk is DIRECTED to issue and mail a check payable to Saint Lukes, L.L.C for

   $1,000 plus any remaining accrued interest to: P.O. Box 3211, Baltimore, Maryland

   21282.

3. The Clerk is DIRECTED to CLOSE this case.

DATED this 21 day of November, 2024.

BY THE COURT:

James K. Bredar
United States District Judge

2